# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/10
```

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 26, 2010

VIA FAX
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MAY 26 2010

**Re: United States v. Juan Garcia, et al.**
**10 Cr. 290 (RJH)**
**Bail Modification Request**

Dear Judge Holwell:

    I write on behalf of my client, Richard Baez, a defendant in the above-captioned case, to respectfully request that the Court temporarily modify the travel restrictions imposed by the Honorable Andrew J. Peck on April 5, 2010. At that time, the Court imposed the following bail conditions:

> a $25,000 personal recognizance bond co-signed by two financially responsible persons, <u>travel restricted to the Eastern and Southern Districts of New York,</u> surrender of travel documents (and no new applications), strict pretrial supervision, drug testing and treatment.

    <u>Mr. Baez seeks the Court's permission to travel to Lake George, NY with his family from May 27 to May 31, 2010.</u>

    Assistant United States Attorney David Miller and <u>Pretrial Officer Jennifer Powers consent to this application.</u>

Honorable Richard J. Holwell                May 26, 2010
United States District Judge                Page 2

**Re:  <u>United States v. Juan Garcia, et al.</u>**
      **10 Cr. 290 (RJH)**

Thank you for your consideration of this matter.

Respectfully submitted,

*Sarah Baumgartel* /MK
Sarah Baumgartel
Assistant Federal Defender
Tel.: (212) 417-8772

**SO ORDERED:**

_____
**HONORABLE Richard J. Holwell**
United States District Judge

5/28/10

cc: David Miller, Assistant United States Attorney (via fax)
    212.637.2937

    Jennifer Powers, Pretrial Services Officer (via fax)
    212.805.4176